JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lawrence Wallace, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 5:17-cv-01794 MWF (SS) |
| v. | |
| Federal Bureau of Prisons, | |
| DEFENDANT(S). | **ORDER (FAILURE TO PAY FILING FEE)** |

On October 16, 2017, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, provided plaintiff paid to the Clerk of Court an initial partial payment and subsequent partial payments of the filing fee.

☑ By Order to Show Cause re Dismissal for Failure to Pay Initial Partial Payment of the Filing Fee dated January 24, 2018, plaintiff was given notice that unless the initial partial payment of $5.86 was received on February 14, 2018, the above-referenced action may be dismissed without prejudice. No initial partial payment of the filing fee has been received.

☐ By Order to Show Cause for Failure to file certified copy of plaintiff's prison trust account statement dated _____, plaintiff was given notice that failure to file a certified copy of plaintiff's prison trust account statement for the last sixty (60) days, no later than twenty-one (21) days from the date of the Order to Show Cause, may lead to the dismissal without prejudice of the above-referenced action. No certified copy of the prison trust account has been received.

IT IS SO ORDERED that judgment shall be entered dismissing without prejudice the complaint and action due to plaintiff's failure to comply with 28 U.S.C. § 1915.

March 6, 2018
Date

_____
United States District Judge

IFP-4 (03/13)            **ORDER (FAILURE TO PAY FILING FEE)**